UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICARDO CORPORAN,

              Plaintiff,

     v.

ALSTON & BIRD LLP,

              Defendant.

Case No. 1:22-cv-00831-VMC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ricardo Corporán and Defendant Alston & Bird LLP, by and through the undersigned counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned case and any and all asserted claims.  Each party will bear its own costs and attorneys' fees associated with the above-captioned case.

Respectfully submitted, this 19th day of January 2024.

_____
J. Stephen Mixon
steve@mixon-law.com
Georgia Bar No. 514050
THE MIXON LAW FIRM
3344 Peachtree Road, Suite 800
Atlanta, GA 30326
Tel: 770-955-0100


_____
Bonnie Levine
bonnie@verselegal.com
Georgia Bar No. 422055
VERSE LEGAL
135 Auburn Avenue NE, Suite 204
Atlanta, GA 30303
Tel: 404-910-3732

ATTORNEYS FOR PLAINTIFF
RICARDO CORPORAN

*/s/ Alexandra Garrison Barnett*
Christopher C. Marquardt
chris.marquardt@alston.com
Georgia Bar No. 471150
Alexandra Garrison Barnett
alex.barnett@alston.com
Georgia Bar No. 498906
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: 404-881-7000

ATTORNEYS FOR DEFENDANT
ALSTON & BIRD LLP