UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICARDO CORPORAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALSTON & BIRD LLP,<br><br>    Defendant. | Case No. 1:22-cv-00831-VMC |

DEFENDANT'S STATUS UPDATE

Defendant Alston & Bird LLP, by counsel, submits this Status Update and states as follows:

1. On January 22, 2024, the Court entered an Order [Doc. 21] dated January 19, 2024 directing the parties to (a) provide an update on the status of the arbitration proceedings within fourteen (14) days of the Court's entry of the Order, and (b) if they reached a settlement of the matter, present it to the Court for approval.

2. At the parties' request, the Court convened a status teleconference on February 2, 2024. At the conference, counsel provided the Court with an update regarding their resolution of the parties' dispute.

3. After the conference, the parties have continued their discussions regarding the settlement approval process and submission of the settlement to the Court.

ADMIN/23001405v1

Respectfully submitted, this 2nd day of February, 2024.

/s/ *Alexandra Garrison Barnett*
Christopher C. Marquardt
chris.marquardt@alston.com
Georgia Bar No. 471150
Alexandra Garrison Barnett
alex.barnett@alston.com
Georgia Bar No. 498906
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: 404-881-7000

ATTORNEYS FOR DEFENDANT
ALSTON & BIRD LLP

ADMIN/23001405v1

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, the foregoing DEFENDANT'S STATUS UPDATE was electronically filed using the CM/ECF system, which sends notice of such filing to the following attorneys of record:

J. Stephen Mixon
steve@mixon-law.com

Bonnie Levine
bonnie@gunnercooke.com

/s/ Alexandra Garrison Barnett
Alexandra Garrison Barnett