UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICARDO CORPORAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALSTON & BIRD LLP,<br><br>　　　　Defendant. | Case No. 1:22-cv-00831-VMC |

JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Ricardo Corporán and Defendant Alston & Bird LLP (collectively referred to as the "Parties") respectfully move this Court for an Order approving their Fair Labor Standards Act ("FLSA") settlement. The settlement was reached by experienced wage and hour counsel after arms-length, good faith settlement negotiations with a neutral third-party mediator. For the reasons set forth in the accompanying Memorandum of Law in Support, the Parties respectfully request that the Court approve the FLSA settlement reached by the Parties and dismiss this case with prejudice.

1

2

Respectfully submitted, this 14th day of March, 2024.

| | |
|---|---|
| */s/ J. Stephen Mixon* | */s/ Alexandra Garrison Barnett* |
| J. Stephen Mixon | Christopher C. Marquardt |
| steve@mixon-law.com | chris.marquardt@alston.com |
| Georgia Bar No. 514050 | Georgia Bar No. 471150 |
| THE MIXON LAW FIRM | Alexandra Garrison Barnett |
| 3344 Peachtree Road, Suite 800 | alex.barnett@alston.com |
| Atlanta, GA 30326 | Georgia Bar No. 498906 |
| Tel: 770-955-0100 | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |
| */s/ Bonnie Levine* | Atlanta, GA 30309 |
| Bonnie Levine | Tel: 404-881-7000 |
| bonnie.levine@gunnercooke.com | |
| Georgia Bar No. 422055 | ATTORNEYS FOR DEFENDANT |
| GUNNER COOKE US LLP | ALSTON & BIRD LLP |
| 475 Park Avenue South | |
| Suite 2300 | |
| New York, NY 10016 | |
| Tel: 646-470-4970 | |
| | |
| ATTORNEYS FOR PLAINTIFF | |
| RICARDO CORPORAN | |

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on March 14, 2024, the foregoing JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT was electronically filed using the CM/ECF system, which sends notice of such filing to the following attorneys of record:

J. Stephen Mixon
steve@mixon-law.com

Bonnie Levine
bonnie.levine@gunnercooke.com

             <u>*/s/ Alexandra Garrison Barnett*</u>
             Alexandra Garrison Barnett