**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RICARDO CORPORAN,

     Plaintiff,

v.

ALSTON AND BIRD LLP,

     Defendant.

Civil Action No.
1:22-cv-00831-VMC

**ORDER**

The Court held a hearing on (1) the Court's Order to Show Cause (Doc. 24) and (2) the Parties' Joint Motion to Approve FLSA Settlement ("Motion," Doc. 25) on March 19, 2024. For the reasons the Court gave on the record at the hearing, it is

**ORDERED** that the Motion (Doc. 25) is **GRANTED**; the Parties' Amended Settlement Agreement and General Release of All Claims (Doc. 25-2) is **APPROVED**. It is

**FURTHER ORDERED** that the Clerk is directed to approve the Parties' Stipulation of Dismissal (Doc. 20). It is

**FURTHER ORDERED** that cause has been shown to the Court's satisfaction

and the Order to Show Cause (Doc. 24) is **DISCHARGED**.

    **SO ORDERED** this 19th day of March, 2024.

Victoria Marie Calvert
United States District Judge